MAGISTRATE JUDGE TSUCHIDA



13-CR-05515-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5515 CVB |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| MARK CRUTCHFIELD, | |
| Defendant. | (PROPOSED) |

THE COURT having considered the unopposed motion by the defense to continue the trial date, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the unopposed motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense effective trial preparation and an opportunity for the defendant to benefit from those efforts; and to allow additional time for the defendant to recover from his accident;

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE - 1
(*Mark Crutchfield*; CR13-5515CVB)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  and that these factors outweigh the best interests of the public in a more speedy trial,
2  within the meaning of 18 U.S.C. § 3161(h)(7)(A).
3      IT IS THEREFORE ORDERED that the trial date for Mr. Crutchfield is
4  continued from November 25, 2013, to February 24, 2014.
5      It is further ORDERED that this period of delay from the date of this order
6  through February 24, 2014, will be excludable time under the Speedy Trial Act under
7  Title 18, U.S.C. § 3161(h)(7)(A).
8      DONE this **25** day of November, 2013.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Ifeoma Monu*
Ifeoma Monu, WSBA No. 42468
Attorney for March Crutchfield
Office of theFederal Public Defender
1601 Fifth Ave., Suite 700
Seattle, WA  98101
206/553-1100
206/553-0120
Ifeoma_Monu@fd.org

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE - 2
(*Mark Crutchfield*; CR13-5515CVB)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100